GEORGE BAUR, Respondent, v. JOSEPH BOHNERT, Individually and as Sole Surviving Executor, etc., and Others, Defendants.

In the Matter of the Application of WILLIAM H. ARCHIBALD, Purchaser, Appellant.

Appeal from so much of an order as resettled as denies the motion of a purchaser at a foreclosure for the return of his disbursements and a reasonable counsel fee.

PER CURIAM: The order should be modified by allowing to the purchaser, in addition to the amount already allowed him, the sum of seven-

teen dollars paid to the auctioneer, seventy-six dollars and twenty cents directed to be paid to the title company, and the counsel fee of seventy-five dollars to the purchaser's counsel, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice.